1050

[No. 47004-7-II.   Division Two.   August 23, 2016.]

FEARGHAL MCCARTHY ET AL., *Appellants*, v. KEVIN DEFORD ET AL., *Defendants*, WEST PARK PARTNERS LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-03111-1, David E. Gregerson, J., entered November 26, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47346-1-II.   Division Two.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES KARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04402-1, Philip K. Sorensen, J., entered March 6, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47680-1-II.   Division Two.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CHRISTOPHER MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01274-1, Scott A. Collier, J., entered May 13, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47765-3-II.   Division Two.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DWAYNE CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00444-3, Kitty-Ann van Doorninck, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Johanson, J.